IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA Y. MCINTOSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:23-CV-470-RAH-JTA |
| ) | |
| CAMRON RAGLAND, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

On June 11, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 24.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 24) is ADOPTED.

2. The Motions to Dismiss (Doc. 10, 13) are DENIED as moot without prejudice.

DONE, on this the 9th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE