IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA Y. MCINTOSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:23-CV-470-RAH-JTA |
| | ) |
| CAMRON RAGLAND, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

On September 3, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 31.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation (Doc. 31) is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE, on this the 14th day of November 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE